**Order entered October 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01023-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ELI RODRIGUEZ, Appellee**

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F11-36048-X**

## ORDER

The reporter's record has been filed in this appeal, but the clerk's record has not been filed. Accordingly, the Court **ORDERS** the Dallas County District Clerk to file the clerk's record within **TWENTY-ONE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     DAVID EVANS
JUSTICE